UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

LINDA JENKINS, Administratrix
of the Estate of CHARLES JENKINS,
and Individually,

         Plaintiff,

v.                             CIVIL NO: 4:09cv40

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, et al,

         Defendants.

**FILED AUG 17 2009, CLERK, U.S. DISTRICT COURT NORFOLK, VA**

### ORDER TO EXTEND TIME

This cause came to be heard on the Plaintiffs' Motion for ~~Leave to Amend Caption~~ An Extension of Time -RBS, the Court has considered the motion, and it appears that justice requires that the motion be granted.

Therefore, IT IS ORDERED that:

1. The plaintiff is GRANTED an extension of time for returning service on the properly -RBS ~~perperly~~ named party, the United States of America, to September 30, 2009.

Entered this 17th day of August, 2009.

/s/
Rebecca Beach Smith
United States District Judge  RBS

Judge:

Seen and Agreed:

_____
Kevin P. Shea (VSB# 8933)
34 West Queens Way
Hampton, VA 23669
(757) 727-7767
(757) 722-2484 (FAX)
kevinpshea@justice.com
*Attorneys for the Plaintiff*